■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SINKE ZEWGE, Appellant. [38 NYS3d 536]—

Order, Supreme Court, New York County (Bruce Allen, J.),

rendered September 5, 2014, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly considered defendant's prior youthful offender adjudication in assessing points under the risk factor for prior crimes (*see People v Wilkins*, 77 AD3d 588 [1st Dept 2010], *lv denied* 16 NY3d 703 [2011]). The court also properly assessed points under the risk factor for alcohol abuse, because defendant's admissions to correction officials (*see e.g. People v Kelly*, 69 AD3d 498 [1st Dept 2010]) provided clear and convincing evidence of such abuse, satisfying the standard set forth in *People v Palmer* (20 NY3d 373, 378-379 [2013]).

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). There were no mitigating factors that were not adequately taken into account by the risk assessment instrument, and the record does not establish any basis for a downward departure. Concur—Sweeny, J.P., Manzanet-Daniels, Feinman, Kapnick and Webber, JJ.